No. 40, Misc.  VITALE *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.  *Irl B. Baris* for petitioner.  *John C. Danforth,* Attorney General of Missouri, and *Gene E. Voigts,* Assistant Attorney General, for respondent.

No. 54, Misc.  CRISPIN *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 56, Misc.  FLYNN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 57, Misc.  LUCAS *v.* DUGGAN, DISTRICT ATTORNEY OF ALLEGHENY COUNTY, ET AL.  Sup. Ct. Pa.  Certiorari denied.  *James P. McKenna, Jr.,* for petitioner.  *Robert W. Duggan, pro se,* and for other respondents.

No. 58, Misc.  WALKER *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *James T. McNally,* Deputy Attorney General, for respondent.

No. 61, Misc.  GUNNING *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jeffrey T. Miller,* Deputy Attorney General, for respondent.

No. 68, Misc.  GATES *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.  *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.